AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-1913

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Safavieh, Inc.**
was recieved by me on  **3/07/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **aliah doe**, who is designated by law to accept service of process on behalf of **Safavieh, Inc.** at **40 Harbor Park Drive, Port Washington, NY 11050** on **03/08/2023 at 2:28 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   03/08/2023

*Server's signature*

**Terence Kelly**
*Printed name and title*

**107 Susan Cove
East Norwich, NY 11732**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to aliah doe who indicated they were the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a Middle Eastern female contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**



Tracking #: **0102445909**

