UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself
and all others similarly situated,

               Plaintiff,

           -against-

SAFAVIEH, INC.,

               Defendant.

**ORDER**

23-cv-1913 (ER)

      In light of Plaintiff's amended complaint (Doc. 21), the Court directs Defendant to advise by August 23, 2023 whether it intends to (1) withdraw its previously filed motion to dismiss (Doc. 18) and answer the amended complaint; (2) withdraw its previously filed motion (Doc. 18) and file a new motion to dismiss the amended complaint; or (3) stand on the previously filed motion (Doc. 18).

      SO ORDERED.

Dated:   August 18, 2023
             New York, New York

                                                                Edgardo Ramos, U.S.D.J.